UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: DR:24-CR-00879(4)-AM |
| (4) ISRAEL ALEJANDRO RAMIREZ-PEREZ | § § | |

## **AMENDED SCHEDULING ORDER**

The Court makes the following amended schedule as to this defendant:

>The deadline for notifying the court of any plea agreement entered into by the parties in this cause is extended to **Friday, February 6, 2026,** No plea agreement entered into after the date shall be honored by this Court without good cause shown for the delay.
>
>Docket call and Rearraignment are reset for **Tuesday, February 10, 2026 at 9:00 a.m.** before United States Chief District Judge Alia Moses, Federal Building-U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 1, Del Rio, Texas.
>
>Jury selection and trial are reset for **Tuesday, February 17, 2026 at 9:00 a.m.** in the Courtroom of United States Chief District Judge Alia Moses, Federal Building-U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 1, Del Rio, Texas. Motions to Suppress will be heard immediately prior to the jury selection or will be carried with the trial unless otherwise ordered by this Court.

The Court finds that the period between **January 13, 2026 through February 17, 2026** is a reasonable period of necessary delay to allow counsel time for preparation for trial. The Court further finds that the interest of justice served by taking this action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that such period shall be excluded from the time which the defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States

Code, Section 3161(h)(8).

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT:** If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire. In addition, whenever defendants or witnesses have a need for the services of the court interpreter, please notify Jeanette Mendoza, Courtroom Deputy for Chief Judge Moses (830) 703-3754, no later than five (5) days before the court setting.

**All exhibits shall be marked by counsel prior to jury selection.**

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for the defendant, United States Marshal Service, United States Probation Office and Pretrial Services Office. Counsel for defendant shall notify defendant of this setting and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court.

IT IS SO ORDERED this 13th day of January, 2026.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE